**UNITED STATES DISTRICT COURT**

**DISTRICT OF KANSAS**

Jamie Carney, Plaintiff, Pro Se

56 Ballygall Road West

Finglas East

Dublin 11

D11 FR41

Ireland

Email: jamiecarneyd11@hotmail.com

Phone: +353 89 954 3752

v.

Sara E. Carr, Defendant

13334 W. 109th Terrace

Overland Park, Kansas 66210

United States

Case No. (to be assigned)

**COMPLAINT FOR ENFORCEMENT OF AFFIDAVIT OF SUPPORT (FORM I 864)**

1. PARTIES

2. Plaintiff, Jamie Carney, is an individual currently residing in Dublin, Ireland. Plaintiff is the sponsored immigrant beneficiary of an Affidavit of Support executed by Defendant.

3. Defendant, Sara E. Carr, is an individual residing in Kansas and is the sponsor who executed Form I 864 on Plaintiff's behalf.

4. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, including 8 U.S.C. § 1183a, which governs the enforceability of

Affidavits of Support, Form I 864.

6. Venue is proper in the District of Kansas because Defendant resides in Kansas.

7. FACTUAL ALLEGATIONS

8. Defendant executed Form I 864, Affidavit of Support, agreeing to financially support Plaintiff as required by federal law.

9. By executing Form I 864, Defendant agreed to maintain Plaintiff at an income level not less than 125 percent of the Federal Poverty Guidelines.

10. Plaintiff obtained lawful permanent resident status in the United States and Defendant's Form I 864 was submitted in support of that process.

11. Defendant's obligations under Form I 864 have not terminated. Plaintiff is not a United States citizen, Plaintiff has not earned forty qualifying quarters of work, and none of the termination conditions under 8 U.S.C. § 1183a have occurred.

12. Plaintiff is currently unemployed and has zero income.

13. Defendant has not provided financial support sufficient to maintain Plaintiff at 125 percent of the Federal Poverty Guidelines.

14. As a direct result of Defendant's failure to comply with her obligations, Plaintiff has experienced severe financial hardship, including inability to secure independent housing, meet ordinary living expenses, or establish financial stability.

15. Plaintiff is currently residing in Ireland with family due to financial necessity. Plaintiff's lack of support has materially impaired his ability to return to the United States, seek lawful employment, and participate meaningfully in proceedings affecting his family and minor child.

16. Defendant's continued noncompliance with Form I 864 has deprived Plaintiff of financial stability necessary to exercise his lawful rights as a permanent resident, including the ability to reestablish himself in the United States and maintain meaningful involvement in his minor child's life.

17. CLAIM FOR RELIEF

Enforcement of Affidavit of Support, 8 U.S.C. § 1183a

18. Form I 864 is a legally enforceable contract.

19. Plaintiff is an intended third party beneficiary of Form I 864 and has standing to enforce its terms.

20. Defendant is in breach of her obligations under Form I 864 by failing to provide support sufficient to maintain Plaintiff at 125 percent of the Federal Poverty Guidelines.

21. Defendant's breach has caused Plaintiff ongoing and substantial financial harm, which continues to accrue monthly.

22. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

A. Enter judgment enforcing Defendant's obligations under Form I 864

B. Award Plaintiff arrears representing all past unpaid support owed under Form I 864 from the date Defendant ceased providing adequate support to the present

C. Order Defendant to provide ongoing financial support sufficient to maintain Plaintiff at not less than 125 percent of the Federal Poverty Guidelines for a household of one until the obligation terminates by law

D. Award Plaintiff costs of this action and such other relief as the Court deems just and proper

Respectfully submitted,

Jamie Carney

Plaintiff, Pro Se

56 Ballygall Road West

Finglas East

Dublin 11

D11 FR41

Ireland

Email: jamiecarneyd11@hotmail.com

Phone: +353 89 954 3752

Date: _December 24th 2025_

Signature: _Jamie Carney_

Jamie Carney

**EXHIBITS**

Exhibit A

Form I 864, Affidavit of Support, signed by Sara E. Carr, all pages

Exhibit B

Proof of Plaintiff's lawful permanent resident status, green card front and back or USCIS approval notice

Exhibit C

Declaration of Jamie Carney Regarding Current Income