**EXHIBIT C**

**DECLARATION OF JAMIE CARNEY REGARDING CURRENT INCOME**

I, Jamie Carney, declare under penalty of perjury that the following is true and correct. I am currently unemployed and I have zero income. I am residing with family in Dublin, Ireland due to financial necessity. As of the date signed below, I am not receiving wages, salary, or other regular income.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 24th of December 2025

Signature: Jamie Carney

Jamie Carney