

# UNITED STATES OF AMERICA
# PERMANENT RESIDENT

Surname
**CARNEY**

Given Name
**JAMIE J**

Country of Birth
**Ireland**

USCIS#

Category
**CR6**

Sex
**M**

Card Expires
**04/15/26**

Resident Since:
**04/15/24**



UNITED STATES OF AMERICA

17 NOV 1990 M

132L   If found, drop in any US Mailbox. USPS: Mail to 7 Product Way, Lees Summit, MO 64002

```
C1USA2323863432IOE0919670948<<
9011171M2604158IRL<<<<<<<<<<9
CARNEY<<JAMIE<JOSEPH<<<<<<<<<<
```