**IN THE UNITED STATES DISTRICT COURT**
 **FOR THE DISTRICT OF KANSAS**

JAMIE JOSEPH CARNEY,
 Plaintiff,

v.

SARA CARR,
 Defendant.

**Case No. 25-cv-2770-KHV-JBW**

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Jamie Joseph Carney, appearing pro se, respectfully moves the Court for entry of a protective order governing confidential financial and third-party information exchanged in discovery. In support, Plaintiff states:

1. This case involves enforcement of Form I-864, Affidavit of Support.
2. Defendant has requested broad financial documentation from Plaintiff, including banking records, transfer records, loan records, PayPal, Wise, Zelle, 401(k), and records relating to alleged gifts or temporary assistance from third parties.
3. These records contain sensitive private financial information and may also contain information about non-parties, including friends and family members.
4. Plaintiff is not refusing discovery, but requests reasonable confidentiality protections before producing further sensitive financial documents.
5. Redaction of personal identifiers in court filings does not fully protect confidential discovery exchanged between the parties.
6. A protective order is necessary to ensure that confidential financial documents are used only for this case and are not disclosed or used for unrelated purposes.
7. Plaintiff sent Defendant's counsel a proposed protective order by email on May 21, 2026, and requested that Defendant agree to submit it jointly. Because the deadline for submitting a protective order is May 21, 2026, Plaintiff files this Motion to preserve his position.
8. A copy of Plaintiff's Proposed Protective Order is attached as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Proposed Protective Order attached as Exhibit A, or such other protective order as the Court finds appropriate.

**Respectfully submitted,**

Dated: May 21, 2026

/s/ Jamie Joseph Carney
 Jamie Joseph Carney
 Plaintiff, Pro Se
 309 Nicholson Street, Joliet, IL 60435-7033, USA
 4028120825
Jamiecarneyd11@hotmail.com

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2026, I served a copy of this Motion for Protective Order and Exhibit A by email on counsel for Defendant:

Valerie Sorout
valerie@sprout-immigration.com
 Counsel for Defendant

/s/ Jamie Joseph Carney
 *Jamie Joseph Carney*