**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JAMIE JOSEPH CARNEY,
Plaintiff,

v.

SARA CARR,
Defendant.

**Case No. 25-cv-2770-KHV-JBW**

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT REGARDING PRIOR NOTICE
OF I-864 SUPPORT REQUEST**

Plaintiff Jamie Joseph Carney, appearing pro se, respectfully files this Notice of Filing
Supplemental Exhibit regarding prior notice provided to Defendant concerning the Form I-864
support obligation.

Attached as Exhibit 2 is a redacted copy of an email Plaintiff sent to Defendant on October 19,
2025, regarding Defendant's obligations under Form I-864.

Plaintiff submits this exhibit because it is relevant to Defendant's knowledge of the I-864
obligation and Plaintiff's prior request for support.

Respectfully submitted,

Dated: May 21, 2026

/s/ Jamie Joseph Carney
Jamie Joseph Carney
Plaintiff, Pro Se
jamiecarneyd11@hotmail.com
402-812-0825

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2026, I served a copy of this Notice of Filing Supplemental Exhibit
Regarding Prior Notice of I-864 Support Request and Exhibit 2 by email on counsel for
Defendant:

Valerie Sprout
valerie@sprout-immigration.com

Counsel for Defendant

/s/ Jamie Joseph Carney
Jamie Joseph Carney