

---

**Important: Issues relating to ███████ affidavit of support**

---

**From** Jay Carney <jamiecarneyd11@hotmail.com>
**Date** Sun 19 Oct 2025 09:48
**To** Sara Carr <saraecarr95@gmail.com>
**Cc** Sara <saraemantz@gmail.com>

## Important please read: To Sara Carr

████████████████ I just want to be upfront about where I'm at. I don't have any income right now, and because of the Form I-864 (Affidavit of Support Under Section 213A of the Immigration and Nationality Act) you signed for my green card, you're legally supposed to help cover my basic living costs. That's meant to be at least 125% of the federal poverty level, which works out to about $1,630 a month here in Kansas. That's for essentials like rent, utilities, and food in order for me to live.

I'd be willing to accept a lump-sum payment for the year of about $19,560 if that's easier. Which will allow me to live in accommodation in the meantime. That would cover the same minimum living expenses upfront. The affidavit of support is a legal obligation that lasts until I become a U.S. citizen, work enough to earn 40 quarters (roughly ten years), or permanently leave the country. I can confirm I have no intention of leaving the U.S.





Signed: Jamie Carney