**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JAMIE JOSEPH CARNEY,
 Plaintiff,

v.

SARA CARR,
 Defendant.

Case No. 25-cv-2770-KHV-JBW

**PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff Jamie Joseph Carney, appearing pro se, respectfully renews his request for appointment of counsel, or for the Court to request volunteer counsel, to assist Plaintiff in this civil action.

In support of this Motion, Plaintiff states as follows:

1. This case involves enforcement of Form I-864, Affidavit of Support, in federal court.
2. Plaintiff previously requested appointment of counsel, and that request was denied.
3. Plaintiff respectfully submits this renewed request because circumstances have developed further since his prior request, and Plaintiff has now made additional good-faith efforts to obtain legal assistance on his own.
4. Plaintiff has contacted multiple attorneys and law firms seeking representation, reduced-fee representation, limited-scope representation, deferred-fee representation, or assistance connected to any lawful settlement or recovery arrangement. Copies of Plaintiff's efforts to obtain counsel are attached as Exhibit A.
5. Despite these efforts, Plaintiff has not been able to obtain counsel.
6. Plaintiff is currently representing himself because he cannot afford to hire counsel due to his financial circumstances.
7. Plaintiff is not trained in law and has limited knowledge of federal litigation procedure, discovery rules, evidentiary rules, motion practice, and the legal issues involved in enforcing a Form I-864 Affidavit of Support.
8. Plaintiff is originally from Ireland and is unfamiliar with the United States court system. Plaintiff has made substantial efforts to comply with the Court's orders and deadlines, but he is struggling to handle the case correctly without legal assistance.
9. Plaintiff also has ADHD, which affects his ability to organize large volumes of documents, manage deadlines, understand procedural requirements, and present legal arguments clearly. Plaintiff is making every effort to participate in the case responsibly, but his ADHD makes self-representation significantly more difficult.
10. Since Plaintiff's prior request, the case has involved or is expected to involve discovery issues, financial records, confidential third-party information, protective order concerns,

settlement discussions, calculation of damages under the I-864, and the continuing nature of the sponsor's support obligation.

11. Plaintiff has attempted to resolve this matter through settlement, but the case appears to be continuing despite Plaintiff's best efforts to reach a reasonable resolution.
12. Plaintiff believes that appointment of counsel would assist both Plaintiff and the Court by helping to narrow the issues, organize the evidence, manage discovery, address confidentiality concerns, and present the I-864 issues clearly and efficiently.
13. Plaintiff is not requesting appointment of counsel to delay the case. Plaintiff seeks counsel because he is making a genuine effort to litigate the matter properly, but he is struggling to do so without legal training, financial resources, or familiarity with the United States legal system.
14. Plaintiff respectfully submits that the interests of justice would be served by appointing counsel or requesting volunteer counsel to assist him in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court appoint counsel, or request volunteer counsel, to represent or assist Plaintiff in this action, or grant such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: Monday June 1st 2026

/s/ Jamie Joseph Carney
 Jamie Joseph Carney
 Plaintiff, Pro Se
Mailing address and phone number on file with the Clerk

 jamiecarneyd11@hotmail.com

CERTIFICATE OF SERVICE

I certify that on June 1st 2026, I served a copy of this Renewed Motion for Appointment of Counsel and attached exhibits by email on counsel for Defendant:

Valerie Sprout
 valerie@sprout-immigration.com
 Counsel for Defendant

/s/ Jamie Joseph Carney
 Jamie Joseph Carney

# EXHIBIT A

## PLAINTIFF'S EFFORTS TO OBTAIN COUNSEL

Jamie Joseph Carney v. Sara Carr

Case No. 25-cv-2770-KHV-JBW

Plaintiff Jamie Joseph Carney contacted the following attorneys and law firms seeking representation, reduced-fee representation, limited-scope representation, deferred-fee representation, or assistance connected to a lawful settlement or recovery arrangement. Proof of these contacts is included with the accompanying email screenshots.

| No. | Attorney / Contact | Firm | Email / Contact Method | Date Contacted | Method | Status |
|---|---|---|---|---|---|---|
| 1 | Alan Rosenak | Rosenak Law | alan@rosenaklaw.com | June 1, 2026 | Email | Awaiting response |
| 2 | T. Morton | T. Morton Attorney | info@attorneytmorton.com | June 1, 2026 | Email | Awaiting response |
| 3 | Carly Boothe | Boothe Walsh Law & Mediation | carly@boothewalsh.com | June 1, 2026 | Email | Awaiting response |
| 4 | Kansas Legal Group | Kansas Legal Group | info@kansaslegalgroup.com | June 1, 2026 | Email | Awaiting response |
| 5 | Dana Parks | ParksClevenger LLC | dana@pcfamilylaw.com | June 1, 2026 | Email | Awaiting response |

Note: Plaintiff will supplement this exhibit with any responses, rejections, referrals, or additional counsel-search efforts as they occur.

Respectfully submitted,


/s/ Jamie Joseph Carney
Jamie Joseph Carney
Plaintiff, Pro Se
jamiecarneyd11@hotmail.com

Dear Alan,

My name is Jamie Carney. I am looking for legal help in connection with a Johnson County, Kansas divorce/custody matter and a related federal Form I-864 Affidavit of Support enforcement case.

I am currently representing myself because I do not have funds available to pay a normal retainer. I am also trying to show the court that I have made genuine efforts to obtain legal help.

The federal case involves enforcement of a Form I-864 Affidavit of Support signed by my spouse/sponsor. I am seeking support based on the sponsor's obligation to maintain me at 125% of the federal poverty guideline. There are also related family law issues in Johnson County involving divorce, custody, parenting time, support, and discovery/confidentiality issues.

I am asking whether you would be willing to consider any of the following:

1. Full representation if a reduced-fee, deferred-fee, or payment arrangement is possible.
2. Limited-scope representation for specific parts of the case, such as reviewing filings, discovery, settlement negotiation, or court appearances.
3. Assistance connected to any settlement or recovery in the federal I-864 matter, if legally and ethically permissible.
4. A referral to another lawyer who may be willing to help with an I-864/family law crossover case.

I understand that contingency or percentage-based fee arrangements may not be allowed for certain family law matters. However, if there is a settlement or recovery in the I-864 case, I would be willing to discuss whether a lawful fee arrangement could be structured around that recovery, subject to Kansas rules and your advice.

Briefly, my situation is that I am the sponsored immigrant under the I-864. I currently have limited resources and limited income, and I have been trying to handle filings, discovery, and settlement discussions myself. I believe the I-864 obligation is ongoing, and I am seeking help to resolve the matter fairly, ideally through settlement if possible.

There are ongoing deadlines and discovery issues, so I would be grateful if you could let me know whether your office might be able to help, even on a limited basis.

Thank you for your time and consideration.

Sincerely,

Jamie Carney
jamiecarneyd11@hotmail.com



Jay Carney
To: info@attorneytmorton.com


Dear Morton,

My name is Jamie Carney. I am looking for legal help in connection with a Johnson County, Kansas divorce/custody matter and a related federal Form I-864 Affidavit of Support enforcement case.

I am currently representing myself because I do not have funds available to pay a normal retainer. I am also trying to show the court that I have made genuine efforts to obtain legal help.

The federal case involves enforcement of a Form I-864 Affidavit of Support signed by my spouse/sponsor. I am seeking support based on the sponsor's obligation to maintain me at 125% of the federal poverty guideline. There are also related family law issues in Johnson County involving divorce, custody, parenting time, support, and discovery/confidentiality issues.

I am asking whether you would be willing to consider any of the following:

1. Full representation if a reduced-fee, deferred-fee, or payment arrangement is possible.
2. Limited-scope representation for specific parts of the case, such as reviewing filings, discovery, settlement negotiation, or court appearances.
3. Assistance connected to any settlement or recovery in the federal I-864 matter, if legally and ethically permissible.
4. A referral to another lawyer who may be willing to help with an I-864/family law crossover case.

I understand that contingency or percentage-based fee arrangements may not be allowed for certain family law matters. However, if there is a settlement or recovery in the I-864 case, I would be willing to discuss whether a lawful fee arrangement could be structured around that recovery, subject to Kansas rules and your advice.

Briefly, my situation is that I am the sponsored immigrant under the I-864. I currently have limited resources and limited income, and I have been trying to handle filings, discovery, and settlement discussions myself. I believe the I-864 obligation is ongoing, and I am seeking help to resolve the matter fairly, ideally through settlement if possible.

There are ongoing deadlines and discovery issues, so I would be grateful if you could let me know whether your office might be able to help, even on a limited basis.

Thank you for your time and consideration.

Sincerely,

Jamie Carney
jamiecarneyd11@hotmail.com



Jay Carney

To: carly@boothewalsh.com

↩ Reply   ↩ Reply all   ↪ Forward      ···

Mon 1 Jun 2026 21:13

Dear Carly,

My name is Jamie Carney. I am looking for legal help in connection with a Johnson County, Kansas divorce/custody matter and a related federal Form I-864 Affidavit of Support enforcement case.

I am currently representing myself because I do not have funds available to pay a normal retainer. I am also trying to show the court that I have made genuine efforts to obtain legal help.

The federal case involves enforcement of a Form I-864 Affidavit of Support signed by my spouse/sponsor. I am seeking support based on the sponsor's obligation to maintain me at 125% of the federal poverty guideline. There are also related family law issues in Johnson County involving divorce, custody, parenting time, support, and discovery/confidentiality issues.

I am asking whether you would be willing to consider any of the following:

1. Full representation if a reduced-fee, deferred-fee, or payment arrangement is possible.
2. Limited-scope representation for specific parts of the case, such as reviewing filings, discovery, settlement negotiation, or court appearances.
3. Assistance connected to any settlement or recovery in the federal I-864 matter, if legally and ethically permissible.
4. A referral to another lawyer who may be willing to help with an I-864/family law crossover case.

I understand that contingency or percentage-based fee arrangements may not be allowed for certain family law matters. However, if there is a settlement or recovery in the I-864 case, I would be willing to discuss whether a lawful fee arrangement could be structured around that recovery, subject to Kansas rules and your advice.

Briefly, my situation is that I am the sponsored immigrant under the I-864. I currently have limited resources and limited income, and I have been trying to handle filings, discovery, and settlement discussions myself. I believe the I-864 obligation is ongoing, and I am seeking help to resolve the matter fairly, ideally through settlement if possible.

There are ongoing deadlines and discovery issues, so I would be grateful if you could let me know whether your office might be able to help, even on a limited basis.

Thank you for your time and consideration.

Sincerely,

Jamie Carney
jamiecarneyd11@hotmail.com
~~402 812 0825~~

To whom it may concern

My name is Jamie Carney. I am looking for legal help in connection with a Johnson County, Kansas divorce/custody matter and a related federal Form I-864 Affidavit of Support enforcement case.

I am currently representing myself because I do not have funds available to pay a normal retainer. I am also trying to show the court that I have made genuine efforts to obtain legal help.

The federal case involves enforcement of a Form I-864 Affidavit of Support signed by my spouse/sponsor. I am seeking support based on the sponsor's obligation to maintain me at 125% of the federal poverty guideline. There are also related family law issues in Johnson County involving divorce, custody, parenting time, support, and discovery/confidentiality issues.

I am asking whether you would be willing to consider any of the following:

1. Full representation if a reduced-fee, deferred-fee, or payment arrangement is possible.
2. Limited-scope representation for specific parts of the case, such as reviewing filings, discovery, settlement negotiation, or court appearances.
3. Assistance connected to any settlement or recovery in the federal I-864 matter, if legally and ethically permissible.
4. A referral to another lawyer who may be willing to help with an I-864/family law crossover case.

I understand that contingency or percentage-based fee arrangements may not be allowed for certain family law matters. However, if there is a settlement or recovery in the I-864 case, I would be willing to discuss whether a lawful fee arrangement could be structured around that recovery, subject to Kansas rules and your advice.

Briefly, my situation is that I am the sponsored immigrant under the I-864. I currently have limited resources and limited income, and I have been trying to handle filings, discovery, and settlement discussions myself. I believe the I-864 obligation is ongoing, and I am seeking help to resolve the matter fairly, ideally through settlement if possible.

There are ongoing deadlines and discovery issues, so I would be grateful if you could let me know whether your office might be able to help, even on a limited basis.

Thank you for your time and consideration.

Sincerely,

Jamie Carney
jamiecarneyd11@hotmail.com

 Jay Carney

To: dana@pcfamilylaw.com

Dear Dana

My name is Jamie Carney. I am looking for legal help in connection with a Johnson County, Kansas divorce/custody matter and a related federal Form I-864 Affidavit of Support enforcement case.

I am currently representing myself because I do not have funds available to pay a normal retainer. I am also trying to show the court that I have made genuine efforts to obtain legal help.

The federal case involves enforcement of a Form I-864 Affidavit of Support signed by my spouse/sponsor. I am seeking support based on the sponsor's obligation to maintain me at 125% of the federal poverty guideline. There are also related family law issues in Johnson County involving divorce, custody, parenting time, support, and discovery/confidentiality issues.

I am asking whether you would be willing to consider any of the following:

1. Full representation if deferred-fee, or payment arrangement is possible upon settlement
2. Limited-scope representation for specific parts of the case, such as reviewing filings, discovery, settlement negotiation, or court appearances.
3. Assistance connected to any settlement or recovery in the federal I-864 matter, if legally and ethically permissible.
4. A referral to another lawyer who may be willing to help with an I-864/family law crossover case.

I understand that contingency or percentage-based fee arrangements may not be allowed for certain family law matters. However, if there is a settlement or recovery in the I-864 case, I would be willing to discuss whether a lawful fee arrangement could be structured around that recovery, subject to Kansas rules and your advice.

Briefly, my situation is that I am the sponsored immigrant under the I-864. I currently have limited resources and limited income, and I have been trying to handle filings, discovery, and settlement discussions myself. I believe the I-864 obligation is ongoing, and I am seeking help to resolve the matter fairly, ideally through settlement if possible but if it needs to go trial I am willing to fight.

There are ongoing deadlines and discovery issues, so I would be grateful if you could let me know whether your office might be able to help, even on a limited basis. I am struggling to understand everything myself due to my ADHD and lack of education with US law.

Thank you for your time and consideration.

Sincerely,

Jamie Carney
██████████@hotmail.com